10-995-cv
Ward v. Empire Vision Centers, Inc.

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th day of May, two thousand eleven.

PRESENT:
> **ROGER J. MINER,**
> **JOHN M. WALKER, Jr.,**
> **RICHARD C. WESLEY,**
> > *Circuit Judges.*

_____

**Ernestine Ward,**

> *Plaintiff-Appellant*,

> v.                                                                  **10-995-cv**

**Empire Vision Centers, Inc.,**

> *Defendant-Appellee*.

_____


**FOR PLAINTIFF-APPELLANT:**          ERNESTINE WARD, *pro se*, Corning, New York.

**FOR DEFENDANT-APPELLEE:**          KRISTEN E. SMITH (Thomas G. Eron, *on the brief*), Bond, Schoeneck & King, PLLC, Syracuse, New York.

Appeal from a judgment of the United States District Court for the Western District of New York (Larimer, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Plaintiff-Appellant Ernestine Ward, proceeding *pro se*, appeals from a February 19, 2010 judgment of the United States District Court for the Northern District of New York (Larimer, *J.*) granting summary judgment in favor of Defendant-Appellee Empire Vision Centers, Inc., with respect to her claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, and the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 *et seq.* We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review a district court's grant of summary judgment *de novo*, construing the evidence in the light most favorable to the non-moving party. *See Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003). In doing so, we determine whether the district court properly concluded that there were no genuine issues of material fact and the moving party was entitled to judgment as a matter of law. *Id.*

Upon an independent review of the record, we conclude that the district court properly granted summary judgment in favor of the Defendant-Appellee for substantially the reasons stated by the district court in its thorough and well-reasoned opinion of February 18, 2010. *See Ward v. Empire Vision Ctrs., Inc.*, 686 F. Supp. 2d 243 (W.D.N.Y. 2010).

We have considered all of Appellant's arguments and find them to be without merit.

Accordingly, we **AFFIRM** the judgment of the district court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk